Opinion issued June 6, 2002













 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00306-CR

____________


ROBERT KALTREIDER, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 179th District Court

Harris County, Texas

Trial Court Cause No. 892614






MEMORANDUM OPINION

 Appellant's counsel on appeal, Ted Doebbler, filed a motion to withdraw
the appeal, stating that the judgment of conviction was set aside.

 We also received a letter from a deputy Harris County District Clerk,
explaining that on April 16, 2002, the trial court ordered that its judgment in cause
number 892614, dated February 22, 2002, be set aside. The letter also states that the
case was reset on the trial court's docket for disposition on June 5, 2002. Attached
to the letter is a copy of the order signed by the trial judge, with the explanation that
the judgment was void.

 Accordingly, this appeal is dismissed as moot. 

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Price. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Frank C. Price, former Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.